**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Thomas,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL NO. 1:25-CV-01413-ADA-DH** |
| **Texas Department of Public Safety et al.,** | § | |
| **Defendants.** | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Howell. ECF No. 14. The report recommends that this Court **GRANT IN PART** and **DENY IN PART** Defendants' motion to dismiss, ECF No. 10. The report recommends that the motion be granted as to Thomas's hostile-work-environment and constructive-discharge claims against DPS, as well as his constitutional claims against the Individual Defendants, and otherwise denied.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). The district court may decline a party's request to hear new evidence not before the Magistrate Judge. Fed. R. Civ. P. 72(b)(3).

Plaintiff filed objections. ECF No. 16. The Court has conducted a *de novo* review of Plaintiff's amended complaint, the briefing, recommendation, objections and responses thereto, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (ECF No. 14) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections are **OVERRULED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART**. Thomas's hostile-work-environment and constructive-discharge claims against DPS, as well as his constitutional claims against the Individual Defendants are **DISMISSED**. All other requested relief is **DENIED**.

**SIGNED** this 3rd day of August, 2026.

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**